# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| *Rauner v. AFSCME, Council 31, et al.* | 15 cv 1235 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Intervenor *People of the State of Ill. ex rel. Lisa Madigan, Attorney General of Ill.*

| NAME (Type or print) |
|---|
| Gary S. Caplan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s Gary S. Caplan |
| FIRM |
| Office of the Illinois Attorney General |
| OFFICE ADDRESS |
| 100 W. Randolph, 12th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6198263 | TELEPHONE NUMBER (312) 814-3498 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ___ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ___ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ___ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ___ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ___    APPOINTED COUNSEL ___ |