AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-1235

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michael Menichini
was received by me on *(date)* 2-25-15.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Diane Vassolo, who is designated by law to accept service of process on behalf of *(name of organization)* International Association of Sheet Metal, Air, Railroad and Transportation Workers (SMART), who represented that she was authorized to accept service. on *(date)* 3-6-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-12-15

*Server's signature*

Michael Menichini
*Printed name and title*

134 N. Lasalle, Chicago IL 60602
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
)
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK

*Signature of Clerk or Deputy Clerk*

February 24, 2015

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

I, Rebecca T. Horwitz, the undersigned attorney for plaintiff hereby certify that on the 12th day of March, 2015, the document entitled, Proof of Service, was filed and served in accordance with Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Filing pursuant to the District Court's Electronic Case Filing (ECF) System as to ECF filers, or by U.S. Mail, postage pre-paid upon the following:

| | |
|---|---|
| Melissa J. Auerbach<br>Stephen Anthony Yokich<br>Cornfield & Feldman<br>25 East Washington Street<br>Suite 1400<br>Chicago, IL 60602-1708<br>(312) 236-7800<br>Email: mauerbach@cornfieldandfeldman.com<br>Email: syokich@cornfieldandfeldman.com<br><br>*Attorneys for American Federation of State, County and Municipal Employees Council 31, AFL-CIO* | Alaine S. Williams<br>Amy L. Rosenberger<br>Linda M. Martin<br>Willig, Williams & Davidson<br>1845 Walnut Street<br>24th Floor<br>Philadelphia, PA 19103<br>(215) 656-3665<br>Email: awilliams@wwdlaw.com<br>Email: arosenberger@wwdlaw.com<br>Email: lmartin@wwdlaw.com<br><br>*Attorneys for Teamsters Downstate Illinois State Employee Negotiating Committee* |
| Alaine S. Williams<br>Amy L. Rosenberger<br>Linda M. Martin<br>Willig, Williams & Davidson<br>1845 Walnut Street<br>24th Floor<br>Philadelphia, PA 19103<br>(215) 656-3665<br>Email: awilliams@wwdlaw.com<br>Email: arosenberger@wwdlaw.com<br>Email: lmartin@wwdlaw.com<br><br>*Attorneys for Teamsters Local 700, Affiliated with the International Brotherhood of Teamsters Cook County* | Alaine S. Williams<br>Amy L. Rosenberger<br>Linda M. Martin<br>Willig, Williams & Davidson<br>1845 Walnut Street<br>24th Floor<br>Philadelphia, PA 19103<br>(215) 656-3665<br>Email: awilliams@wwdlaw.com<br>Email: arosenberger@wwdlaw.com<br>Email: lmartin@wwdlaw.com<br><br>Emil Patrick Totonchi<br>Teamsters Local 705<br>1645 W. Jackson Blvd., 7th Floor<br>Chicago, IL 60612<br>(312) 738-5264<br>Email: etotonchi@l705ibt.org |

| | |
|---|---|
| | *Attorneys for Local 330, General Chauffeurs, Sales Drivers and Helpers (Fox Valley), Including Teamsters Local 705* |
| Carl R Draper<br>Feldman Wasser<br>1307 South Seventh St.<br>Springfield, IL 62703<br>(217) 544-3403<br>Email: cdraper@feldman-wasser.com<br><br>*Attorneys for General Teamsters/Professional & Technical Employees Local Union No. 916* | Melissa J. Auerbach<br>Stephen Anthony Yokich<br>Cornfield & Feldman<br>25 East Washington Street<br>Suite 1400<br>Chicago, IL 60602-1708<br>(312) 236-7800<br>Email: mauerbach@cornfieldandfeldman.com<br>Email: syokich@cornfieldandfeldman.com<br><br>*Attorneys for International Union of Bakery, Confectionery and Tobacco Workers* |
| International Brotherhood of<br>Boiler Makers - Iron Shipbuilders, Blacksmiths, Forgers, and Helpers<br>2941 South Archer Avenue<br>Chicago, IL 60608 | Margaret Ann Angelucci<br>Asher, Gittler, Greenfield, Cohen & D'Alba<br>200 West Jackson Boulevard<br>Suite 1900<br>Chicago, IL 60606<br>(312) 263-1500<br>Email: maa@ulaw.com<br><br>Bridget O'connor<br>Int'l Union Bricklayers & Allied Craftworkers<br>620 F Street, N.w.<br>Washington, DC 20004<br>(202) 383-3156<br>Email: boconnor@bacweb.org<br><br>*Attorney for Illinois State Bricklayers and Allied Craftworkers* |
| Terrance Bryan McGann<br>Gregory Nathan Freerksen<br>Karen M Rioux<br>Travis J. Ketterman<br>Whitfield McGann & Ketterman<br>111 East Wacker Drive<br>Suite 2600<br>Chicago, IL 60601<br>(312) 251-9700<br>Email: tmcgann@wmklaborlaw.com | Margaret Ann Angelucci<br>Asher, Gittler, Greenfield, Cohen & D'Alba<br>200 West Jackson Boulevard<br>Suite 1900<br>Chicago, IL 60606<br>(312) 263-1500<br>Email: maa@ulaw.com |

| | |
|---|---|
| Email: gfreerksen@wmklaborlaw.com<br>Email: krioux@wmklaborlaw.com<br>Email: tketterman@wmklaborlaw.com<br><br>*Attorneys for United Brotherhood of Carpenters and Joiners of America (on behalf of Chicago Regional Council of Carpenters, Mid-Central Illinois Regional Council, St. Louis Missouri District Council)* | Victoria L. Bor<br>Sherman, Dunn, Cohen, Leifer & Yellig<br>900 Seventh Street, NW<br>Suite 1000<br>Washington, DC 20001<br>(202) 785-9300<br><br>*Attorney for International Brotherhood of Electrical Workers* |
| Robert Bloch<br>Ronald Willis<br>Dowd, Bloch, Bennett & Cervone<br>8 South Michigan Avenue<br>19th Floor<br>Chicago, IL 60603<br>(312) 372-1361<br>Email: efile@dbb-law.com<br><br>*Attorneys for Service Employees International Union, Local 1, Firemen and Oilers Division* | Jonathan D. Karmel<br>The Karmel Law Firm<br>221 North LaSalle Street<br>Suite 2900<br>Chicago, IL 60601<br>(312) 641-2910<br>Email: jon@karmellawfirm.com<br><br>*Attorney for International Union of United Food and Commercial Workers* |
| Joseph Healy<br>The Law Offices of Joseph V. Healy<br>3841 S. Halsted<br>2nd Floor<br>Chicago, IL 60609<br>(312) 841-1092<br>Email: joehealy51@gmail.com<br><br>*Attorney for Laborer's International Union of North America* | Joel Abbott D'Alba<br>Asher, Gittler, Greenfield, Cohen & D'Alba<br>200 West Jackson Boulevard<br>Suite 1900<br>Chicago, IL 60606<br>(312) 263-1500<br>Email: jad@ulaw.com<br><br>*Attorney for International Association of Machinist and Aerospace Workers* |
| Martin Phillip Barr<br>William A. Widmer , III<br>Carmell Charone Widmer Moss & Barr<br>One East Wacker Drive<br>Suite 3300<br>Chicago, IL 60601<br>(312) 236-8033<br>Fax: 312-236-6774<br>Email: mbarr@carmellcharone.com<br>Email: wwidmer@carmellcharone.com<br><br>Brian Anthony Powers<br>International Union Of Operating Engineers<br>1125 17th Street, Nw | John Joseph Toomey<br>Arnold & Kadjan<br>203 N. LaSalle Street<br>Suite 1650<br>Chicago, IL 60601<br>(312) 236-0415<br>Email: jtoomey100@hotmail.com<br><br>*Attorney for International Union of Painters and Allied Trades* |

| | |
|---|---|
| Washington, DC 20036<br>(202) 778-2675<br>Email: bpowers@iuoe.org<br><br>*Attorneys for International Union of Operating Engineers* | |
| Joseph Edward Mallon<br>William P. Callinan<br>Johnson & Krol, LLC<br>300 S. Wacker Drive.<br>Suite 1313<br>Chicago, IL 60606<br>(312) 372-8587<br>Email: mallon@johnsonkrol.com<br>Email: william@johnsonkrol.com<br><br>Francis Jude Martorana<br>O'donoghue & O'donoghue Llp<br>4748 Wisconsin Ave Nw<br>Washington, DC 20016<br>(202) 362-0041<br>Email: fmartorana@odonoghuelaw.com<br><br>*Attorneys for United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of U.S.A. and Canada* | Metropolitan Alliance of Police,<br>Chapter 294<br>215 Remington Blvd., Suite C<br>Bolingbrook, IL 60440 |
| Joel Abbott D'Alba<br>Asher, Gittler, Greenfield, Cohen & D'Alba<br>200 West Jackson Boulevard<br>Suite 1900<br>Chicago, IL 60606<br>(312) 263-1500<br>Email: jad@ulaw.com<br><br>*Attorney for International Association of Sheet Metal, Air, Rail & Transportation Workers (SMART)* | Joshua M File<br>Stanley Eisenstein<br>Katz, Friedman, Eagle, Eisenstein, Johnson & Bareck<br>77 West Washington St.<br>20th Floor<br>Chicago, IL 60602<br>(312) 263-6330<br>Email: jfile@kfeej.com<br>Email: seisenstein@kfeej.com<br><br>*Attorneys for Illinois Nurses Association* |
| Joel Abbott D'Alba<br>Asher, Gittler, Greenfield, Cohen & D'Alba<br>200 West Jackson Boulevard<br>Suite 1900<br>Chicago, IL 60606 | Laborers International Union of North America-Illinois State Employees Association |

| | |
|---|---|
| (312) 263-1500<br>Email: jad@ulaw.com<br><br>Daniel Zapata<br>Service Employees International Union,<br>Local 73<br>300 South Ashland Ave. Suite 400<br>Chicago, IL 60607<br>(312) 588-7488<br>Email: dzapata@seiu73.org<br><br>*Attorneys for Service Employees International Union, Local 73* | |
| Ellen Josephine Schanzle-haskins<br>Midwest Laborers International Union<br>1 N. Old State Capitol Plaza, Suite 525<br>Springfield, IL 62701<br>(217) 836-2003<br>Email: eschanzle-haskins@midwestlaborers.org<br><br>*Attorney for Local 2002 and the Southern and Central Illinois Laborers' District Council* | Melissa J. Auerbach<br>Stephen Anthony Yokich<br>Cornfield & Feldman<br>25 East Washington Street<br>Suite 1400<br>Chicago, IL 60602-1708<br>(312) 236-7800<br>Email: mauerbach@cornfieldandfeldman.com<br>Email: syokich@cornfieldandfeldman.com<br><br>*Attorneys for Illinois Federation of Public Employees, Local 4408, AFT/IFT* |
| Melissa J. Auerbach<br>Stephen Anthony Yokich<br>Cornfield & Feldman<br>25 East Washington Street<br>Suite 1400<br>Chicago, IL 60602-1708<br>(312) 236-7800<br>Email: mauerbach@cornfieldandfeldman.com<br>Email: syokich@cornfieldandfeldman.com<br><br>*Attorneys for Illinois Federation of Teachers, AFL-CIO Local #919* | Joel Abbott D'Alba<br>Asher, Gittler, Greenfield, Cohen & D'Alba<br>200 West Jackson Boulevard<br>Suite 1900<br>Chicago, IL 60606<br>(312) 263-1500<br>Email: jad@ulaw.com<br><br>*Attorney for Conservation Police Lodge, IL PBPA* |

| | |
|---|---|
| John Robert Roche , Jr.<br>Tamara Lynn Cummings<br>Illinois Fraternal Order of Police Labor Council<br>5600 South Wolf Road<br>Suite 120<br>Western Springs, IL 60558-2268<br>(708) 784-1010<br>Email: jroche@fop.org<br><br>*Attorneys for IL Fraternal Order of Police - Labor Council* | Joel Abbott D'Alba<br>Asher, Gittler, Greenfield, Cohen & D'Alba<br>200 West Jackson Boulevard<br>Suite 1900<br>Chicago, IL 60606<br>(312) 263-1500<br>Email: jad@ulaw.com<br><br>*Attorney for Troopers Lodge No. 41, FOP* |

    /s Rebecca T. Horwitz