# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BRUCE RAUNER, Governor of the State of Illinois, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:15-cv-01235 |
| v. ) | |
| ) | Hon. Judge Robert W. Gettleman |
| AMERICAN FEDERATION OF STATE, COUNTY, ) | |
| AND MUNICIPAL EMPLOYEES COUNCIL 31, ) | |
| AFL-CIO, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on April 2, 2015, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Bruce Rauner shall appear before the Honorable Judge Robert W. Gettleman, United States District Judge, in Courtroom 1703, 219 South Dearborn Street, Chicago, Illinois, or such other Judge who may be sitting in his place and stead, and shall then and there present **MOTION TO PLACE FAIR-SHARE FEES IN ESCROW**, a copy of which is herewith served upon you.

Dated: March 20, 2015                 Respectfully Submitted,

                                                   BRUCE RAUNER

                                                   By: /s Matthew R. Ford
                                                          One of His Attorneys

Philip S. Beck
Matthew R. Ford
Rebecca T. Horwitz
Special Assistant Attorneys General
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard Street
Suite 300
Chicago, IL 60654
312.494.4400
philip.beck@bartlit-beck.com
matthew.ford@bartlit-beck.com
rebecca.horwitz@bartlit-beck.com

Dennis Murashko
Special Assistant Attorney General
Deputy Counsel
Office of Governor Bruce Rauner
100 W. Randolph Street – Suite 16-100
Chicago, IL 60601

## **CERTIFICATE OF SERVICE**

      I, Matthew R. Ford, an attorney, hereby certify that on March 20, 2015, I caused the foregoing Notice of Motion to be filed electronically with the Court via CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                            By: /s Matthew R. Ford