# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE RAUNER, Governor of the State of Illinois, | ) ) ) |
| Plaintiff, | ) ) ) No. 1:15-CV-01235 |
| v. | ) ) ) Judge Robert W. Gettleman |
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 31, et al., | ) ) Magistrate Daniel G. Martin ) ) ) |
| Defendants, | ) ) ) ) |
| LISA MADIGAN, Attorney General of the State of Illinois, | ) ) ) |
| Intervenor. | ) ) |

## EMPLOYEE MOTION TO INTERVENE

Mark Janus, Marie Quigley, and Brian Trygg hereby move to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a) or (b). The grounds for this motion are stated in the following brief and are supported by the attached declarations. Movants also submit a complaint that serves as the responsive pleading required by Rule 24(c).

Dated: March 23, 2015

Respectfully submitted,

/s/ Joseph J. Torres
Dan K. Webb
Lawrence R. Desideri
Joseph J. Torres
Brook R. Long
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601
312.558.7334
312.558.5700 (fax)

dwebb@winston.com
ldesideri@winston.com
jtorres@winston.com
blong@winston.com

William L. Messenger*
Aaron B. Solem*
c/o National Right to Work Legal Defense
 Foundation
8001 Braddock Rd., Suite 600
Springfield, VA 22160
703.321.8510
703.321.9319 (fax)
wlm@nrtw.org
abs@nrtw.org

Jacob H. Huebert (#6305339)
Jeffrey M. Schwab (#6290710)
Liberty Justice Center
190 S. LaSalle St., Suite 1500
Chicago, IL 60603
312.263.7668
312.263.7702 (fax)
jhubert@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

*** Pro Hac Vice Motions to Be Filed*

*Attorneys for Movant Employees*

**CERTIFICATE OF SERVICE**

  I, Joseph A. Torres, hereby certify that on March 23, 2015, I caused the foregoing Employee Motion to Intervene to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

            By:   /s/ Joseph J. Torres_____
               Joseph J. Torres