## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE RAUNER, Governor of the State of Illinois, ) ) ) Plaintiff, ) ) v. ) ) AMERICAN FEDERATION OF ) STATE, COUNTY, AND MUNICIPAL ) EMPLOYEES, COUNCIL 31, et al., ) ) Defendants, ) ) ) ) LISA MADIGAN, Attorney General of ) the State of Illinois, ) ) Intervenor. ) | No. 1:15-CV-01235<br><br>Judge Robert W. Gettleman<br><br>Magistrate Daniel G. Martin |

### INDEX OF EXHIBITS TO EMPLOYEE INTERVENORS' BRIEF IN SUPPORT OF THEIR MOTION TO INTERVENE

Ex. A        Employee Intervenors' Complaint

Ex. B        Declaration of Mark Janus

Ex. C        Declaration of Marie Quigley

Ex. D        Declaration of Brian Trygg