# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE RAUNER, Governor of the State of Illinois,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 31, et al,<br><br>Defendants<br><br>v.<br><br>LISA MADIGAN, Attorney General of the State of Illinois,<br><br>Intervenor | No. 1:15-CV-01235<br><br>Judge Robert W. Gettleman<br><br>Magistrate Daniel G. Martin |

## DECLARATION OF MARK JANUS

1. My name is Mark Janus. I am a Child Support Specialist I with the Department of Healthcare and Family Services, Division of Child Support Services.

2. I have been a Child Support Specialist I since March 2008.

3. The local union that is recognized as the exclusive bargaining representative at the Department of Healthcare and Family Services is the American Federation of State, County, and Municipal Employees Council 31 ("AFSCME Council 31").

4. Although I am not a member of AFSCME Council 31, I am required to pay fair-share fees.

5. I do not pay this fee directly to AFSCME Council 31. As soon as I was informed that I would be joining the AFSCME Council 31, the fair-share fees were automatically removed from my paycheck every pay period. I do not recall signing any form or agreeing to this

1

automatic deduction.

6. Currently, approximately $23.48 is automatically deducted from my paycheck every pay period. Before January 23, 2015, approximately $22.89 was being automatically deducted from my paycheck every pay period, so the fee has risen over time.

7. So far, approximately $4,228.36 has been deducted from my paychecks. I was a full union member for a period of time, however, so that total does not consist solely of fair-share fees.

8. I have never received any letters or information from AFSCME Council 31 explaining how the fair-share fees are being used.

9. I do not feel that I fully understand the fair-share fee arrangements and what those fees are used for. I have considered asking for a full accounting of how my fair-share fees are being used, but I do not know who or how to ask.

10. I object to many of the public-policy positions that AFSCME Council 31 advocates. First, I do not agree with the manner in which AFSCME Council 31 visits my office and gives presentations. On many occasions I have seen these events become less about what the union stands for, and more about political events in which the union representatives discuss who we should and should not vote for.

11. These presentations take place during the lunch hour and in our break room, so it is difficult to avoid. I do not agree with this one-sided politicking and believe the other points of view should also be presented. These types of presentations cause me to question whether any of my fair-share contributions contribute to the political action committees and other political causes discussed at these meetings.

12. I also object to what I believe is selfish behavior on the part of AFSCME Council

2

31. I do not believe that the unions appreciate the fiscal crisis in Illinois, and act only for themselves. I do not believe that AFSCME Council 31 is acting in my best interest or in the best interest of Illinois citizens.

13. If it were not for the fair-share fee provisions, and if it were not for Illinois law allowing these arrangements, I would not pay any fees to or otherwise subsidize AFSCME Council 31. I object to Illinois' forced union-subsidization policy.

I certify under penalty of perjury that the foregoing is true and correct.

_Mark Janus_
Mark Janus

3/21/15
Date

3