IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRUCE RAUNER | ) | Case No: **15 C 1235** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| AMERICAN FEDERATION OF | ) | |
| STATE, COUNTY and MUNICIPAL | ) | |
| EMPLOYEES COUNSEL 31, et al | ) | |

**ORDER**

Motion [91] to file complaint in intervention is granted and the complaint will be treated as the operative complaint in this action. Motions [40][51] to dismiss the original complaint are granted. Plaintiff's motion [97] to confirm the first amended complaint and motion [99] to dismiss defendants' motions as moot are denied. The first amended complaint is dismissed. Plaintiff's motion [83] to place fair share fees in escrow is denied as moot. The remaining defendants response to the new operative complaint is due by 6/10/2015.

Date: May 19, 2015

ROBERT W. GETTLEMAN