IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK JANUS, MARIE QUIGLEY, and BRIAN TRYGG, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, COUNCIL 31; GENERAL TEAMSTERS/PROFESSIONAL & TECHNICAL EMPLOYEES LOCAL UNION NO. 916; TOM TYRRELL, Director of the Illinois Department of Central Management Services, in his official capacity, | ) ) ) ) ) ) ) ) ) ) ) | No. 1:15-CV-01235  Judge Robert W. Gettleman  Magistrate Daniel G. Martin |
| Defendants, | ) ) ) | |
| LISA MADIGAN, Attorney General of the State of Illinois, | ) ) ) ) | |
| Intervenor-Defendant. | ) | |

**PLAINTIFFS' NOTICE OF CONSTITUTIONAL QUESTION**

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD, AND THE ATTORNEY GENERAL OF ILLINOIS:**

**PLEASE TAKE NOTICE,** pursuant to Federal Rule of Civil Procedure 5.1, that in the above-captioned case Plaintiffs are challenging the constitutionality of the Illinois Public Labor Relations Act ("IPLRA"), 5 ILCS 315/1 *et seq.*, which authorizes collective bargaining agreements covered by the IPLRA to require state employees who are not full members of the unions to pay compulsory union fees as a condition of their public employment. 5 ILCS 315/6.

It is unconstitutional under the First Amendment, as secured against State infringement

by the Fourteenth Amendment and 42 U.S.C. § 1983, to seize or require payment of compulsory fees from the Plaintiffs or other public employees.

Dated: June 1, 2015

                                    Respectfully submitted,

                                    MARK JANUS, MARIE QUIGLEY
                                    and BRIAN TRYGG

                    By:       /s/ Joseph J. Torres
                                    One of Their Attorneys

                                    Dan K. Webb
                                    Lawrence R. Desideri
                                    Joseph J. Torres
                                    Brook R. Long
                                    WINSTON & STRAWN LLP
                                    35 West Wacker Dr.
                                    Chicago, IL 60601
                                    312.558.7334
                                    312.558.5700 (fax)
                                    dwebb@winston.com
                                    ldesideri@winston.com
                                    jtorres@winston.com
                                    blong@winston.com

                                    William L. Messenger*
                                    Aaron B. Solem*
                                    c/o National Right to Work Legal Defense
                                    Foundation
                                    8001 Braddock Rd., Suite 600
                                    Springfield, VA 22160
                                    703.321.8510
                                    703.321.9319 (fax)
                                    wlm@nrtw.org
                                    abs@nrtw.org

                                    Jacob H. Huebert
                                    Jeffrey M. Schwab
                                    Liberty Justice Center
                                    190 S. LaSalle St, Suite 1500
                                    Chicago, IL 60603
                                    312.263.7668
                                    312.263.7702 (fax)

jhuebert@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

\*\* *Pro Hac Vice Motions to Be Filed*

## **CERTIFICATE OF SERVICE**

The undersigned attorney states that on the 1st day of June, 2015, he caused a true and correct copy of the foregoing Notice of Constitutional Challenge to be electronically filed with the Clerk of the Court using the CM/ECF system, which may be accessed by counsel for Defendants. The undersigned attorney further certifies that on the 1st day of June, 2015, he caused a true and correct copy of the foregoing to be served by certified and electronic mail on:

>Gary Steven Caplan
>Office of Illinois Attorney General
>100 West Randolph Street
>Chicago, IL 60601
>(312) 814-5661
>gcaplan@atg.state.il.us

*Attorney for Lisa Madigan, Attorney General of the State of Illinois*

By:     /s/ Joseph J. Torres_____
One of Plaintiffs' Attorneys

Joseph J. Torres
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601
312.558.7334
312.558.5700 (fax)
jtorres@winston.com