# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Mark Janus, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:15-CV-01235 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| American Federation of State, County, and | ) | Magistrate Daniel G. Martin |
| Municipal Employees, Council 31, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| | ) | |
| Lisa Madigan, Attorney General of the | ) | |
| State of Illinois, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Mark Janus moves the Court, pursuant to Federal Rule of Civil 56, for summary judgement against Defendant AFSCME Council 31 and for the following relief: (1) compensatory damages equal to all agency fees seized from Janus from the beginning of the statute of limitations, plus interest; (2) alternatively, nominal damages in the amount of $1.00; and (3) a declaratory judgment that AFSCME's seizure of agency fees deprived Janus of his First Amendment rights, as secured by 42 U.S.C. § 1983 and the Fourteenth Amendment, and that 5 Ill. Comp. Stat. §§ 315/6(e) and 6(f) are unconstitutional under the First Amendment.

The grounds for this motion are set forth in Plaintiff's Memorandum of Law, Plaintiff's Statement of Uncontested Facts, declarations and evidence submitted in support of this motion (i.e., the Appendix), and documents already in the record or subject to judicial notice.

WHEREFORE, Plaintiffs request an entry of summary judgment in their favor against Defendant AFSCME Council 31.

November 19, 2018                                   Respectfully submitted,

                                                            MARK A. JANUS

                                                            By: /s      Joseph J. Torres
                                                                     One of His Attorneys

| | |
|---|---|
| Joseph J. Torres | William Messenger |
| Daniel K. Webb | Aaron Solem |
| WINSTON & STRAWN LLP | c/o National Right to Work Legal |
| 35 West Wacker Dr. | Defense Foundation |
| Chicago, IL 60601 | 8001 Braddock Rd., Suite 600 |
| 312.558.5600 | Springfield, VA 22160 |
| 312.558.5700 (fax) | 703.321.8510 |
| jtorres@winston.com | 703.321.9319 (fax) |
| | wlm@nrtw.org |
| | abs@nrtw.org |

Jeffrey Schwab
Liberty Justice Center
190 S. LaSalle St., Suite 1500
Chicago, IL 60603
312.263.7668
312.263.7702 (fax)
jschwab@libertyjusticecenter.org

## CERTIFICATE OF SERVICE

    The undersigned attorney states that on this 19th day of November, 2018, he caused a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system, to which all parties' counsel of record are registered users.

s/ Joseph J. Torres
Joseph J. Torres
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312.558.5600
312.558.5700 (fax)
jtorres@winston.com
