# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mark Janus, et al.

                    Plaintiff,

v.

American Federation of State, County and Municipal Employees, Council 31, AFL−CIO, et al.

                    Defendant.

Case No.: 1:15−cv−01235

Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 11, 2021:

    MINUTE entry before the Honorable Robert W. Gettleman: Joint motion of Plaintiff Mark Janus and Defendant AFSCME Council 31 to continue stay of Rule 54−3 deadlines [205] is granted. Local Rule 54−3 deadlines remain stayed until 3/30/2021. The parties are directed to file a status report by 3/25/2021. Telephonic status hearing set for 3/30/2021 at 9:15 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.