**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Mark Janus, et al.

                                         Plaintiff,

v.                                                      Case No.: 1:15−cv−01235

                                                                   Honorable Robert W. Gettleman

American Federation of State, County and Municipal Employees, Council 31, AFL−CIO, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 26, 2021:

      MINUTE entry before the Honorable Robert W. Gettleman: In light of the parties' Joint Status Report [207], telephonic status hearing set for 3/30/2021 is stricken and reset to 5/20/2021 at 9:30 a.m. the stay remains in place until that date. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.