# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mark Janus, et al.

                                                            Plaintiff,

v.

                                                            Case No.:
                                                            1:15−cv−01235

                                                            Honorable Robert W. Gettleman

American Federation of State, County and Municipal Employees, Council 31, AFL−CIO, et al.

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 26, 2021:

       MINUTE entry before the Honorable Robert W. Gettleman: In light of the parties' Notice of Settlement [209] the parties have resolved the sole matter remaining in this case. Status hearing set for 5/20/2021 is stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.